# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JAMES HODGKINS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) |
| | )   **CIVIL NO. 06-668-MJR** |
| **MEARL J. JUSTUS, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

Before the Court is a letter from Plaintiff noting that, on page 2 of the Court's order entered August 21, 2007 (Doc. 9), where the date is specified *July 30, 2007*, it should actually be *2006*. The Court concurs, and the order in question is hereby **AMENDED** to correct the date. Rather than issue a complete new order, all parties shall make this correction by hand.

**IT IS SO ORDERED.**

**DATED this 13th day of September, 2007.**

> s/ Michael J. Reagan
> **MICHAEL J. REAGAN**
> **United States District Judge**